THE STATE OF OHIO, APPELLEE, *v.* RICHARDS, APPELLANT.

[Cite as *State v. Richards,* 99 Ohio St.3d 144, 2003-Ohio-2764.]

(Nos. 2003–0047 and 2003–0095—Submitted
May 14, 2003—Decided June 11, 2003.)

{¶ 1} The judgment of the court of appeals on the certified issue is affirmed on the authority of *State v. Fisher*, 99 Ohio St.3d 127, 2003-Ohio-2761, 789 N.E.2d 222.

{¶ 2} The discretionary appeal is dismissed, sua sponte, as having been improvidently allowed.

MOYER, C.J., RESNICK, F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ., concur.

COOK, J., not participating.

William D. Mason, Cuyahoga County Prosecuting Attorney, and Eleanore E. Hilow, Assistant Prosecuting Attorney, for appellee.

Clyde Richards, pro se; Robert L. Tobik, Cuyahoga County Public Defender, and Robert M. Ingersoll, Assistant Public Defender, for appellant.